UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINGBO JIANGBEI SWEET TIME ECOMMERCE CO. LIMITED,<br><br>　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. et al.,<br><br>　　Defendants. | Case No. 2:24-cv-04757-SB-PVC<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

　　On August 21, Defendant Amazon.com, Inc. filed a motion to dismiss Plaintiff's First Amended Complaint (FAC).  Dkt. No. 17.  Because the certificate of conference raised "a concerning pattern of Plaintiff's counsel failing to respond to defense counsel's attempts to meet and confer," the Court struck the motion and ordered the parties to meet and confer further.  Dkt. No. 20 at 1.  The Court noted that Plaintiff's failure to respond to Amazon's numerous communications "is especially problematic because Amazon had pointed out an obvious flaw in the FAC—its failure to attach a schedule repeatedly referenced as an attachment in the FAC—and Amazon offered to let Plaintiff amend its complaint to avoid the need for a motion to dismiss."  *Id*.  The Court declined to pursue sanctions but "cautioned" Plaintiff and its counsel "that they need to comply with all obligations, including to promptly respond and participate in required meet and confer discussions," and that "[f]urther noncompliance may result in the issuance of sanctions."  *Id*. at 1–2.  The Court ordered the parties to meet and confer again, gave Plaintiff leave to file a Second Amended Complaint (SAC) by August 30, and ordered that "[i]f Plaintiff believes the FAC has been pleaded to the best of Plaintiff's ability and elects not to file an SAC, Amazon shall refile its motion to dismiss (with any appropriate changes in light of the parties' meet and confer)" by September 6, warning Plaintiff that "if it elects not to file an SAC and the Court

1

grants Amazon's renewed motion to dismiss the FAC, the Court does not expect to permit Plaintiff another opportunity to amend its pleading." *Id*. at 2.

Plaintiff did not file an SAC. Moreover, Amazon represents in connection with its renewed motion to dismiss the FAC filed today that Plaintiff's counsel—after failing to reply to defense counsel's first email—declined to meet and confer with Amazon again, instead stating an intent to amend the complaint (which Plaintiff has not done, despite the deadline having passed a week ago). Dkt. No. 21 at 3.

Plaintiff's failure to comply with the Court's order even after a warning that the same behavior was problematic and would likely result in sanctions is concerning. Nor has Plaintiff otherwise been careful in its prosecution of this case. *See* Dkt. No. 14 (ordering Plaintiff to file overdue form). Plaintiff's failure either to amend its complaint or to meet and confer with Amazon has forced Amazon to file a further unnecessary motion to dismiss, wasting party and judicial resources. Accordingly, consistent with the Court's August 22 warning, Plaintiff is ordered to show cause at a hearing on September 27, 2024 at 8:30 a.m. why Plaintiff and its counsel should not be sanctioned under Rule 16(f) for violation of the Court's orders—including by imposing monetary sanctions against Plaintiff and his counsel, summarily granting Amazon's motion to dismiss based on Plaintiff's refusal to meet and confer, and ordering Plaintiff to reimburse Amazon for the attorney's fees unnecessarily incurred in filing both motions. Plaintiff shall file a written response to this order to show cause (OSC) no later than September 13, 2024. In the written response to the OSC, counsel shall state whether he or his client has ever been sanctioned by any court or agency or the subject of an OSC for failing to follow any court rule or order.

Date: September 6, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge